UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK ALLEN LITTLE,

       Petitioner,

v.                                       CASE NO. 03-CV-75083-DT
                                        HONORABLE GERALD E. ROSEN

HUGH WOLFENBARGER,

       Respondent.
_____/

## **JUDGMENT**

       This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge GERALD E. ROSEN presiding, and pursuant to the Opinion and Order entered on June 17, 2005,

       IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DENIED.

       Dated at Detroit, Michigan on   June 17, 2005          .

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                      By: s/LaShawn R. Saulsberry
                                               DEPUTY CLERK

Approved by:

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: June 17, 2005